USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-7-20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MERCER,

                **Plaintiff,**

      -against-

MONTREIGN OPERATING COMPANY,
LLC,

                **Defendant.**

**19-cv-7475 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made within

thirty days.

**SO ORDERED.**

Dated:    January 7, 2019
         New York, New York

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**